

One North Charles Street
Suite 200
Baltimore, MD 21201
(410) 625-9409
fax (410) 625-9423
www.publicjustice.org

John Nethercut
Executive Director

Debra Gardner
Legal Director

Monisha Cherayil
Sally Dworak-Fisher
Ilana Gelfman
C. Matthew Hill
John Pollock
Russell R. Reno, Jr.
Camilla Roberson
Alexandra Rosenblatt
Zafar S. Shah
Andrea Vaughn

Levern Blackmon
Certified Paralegal

Jennifer Pelton, CFRE
Development Director

Erin Brock
Development Associate

Brenda Midkiff
Office Manager

Rachel Boss
Legal Assistant

Rebecca Reynolds
Legal Assistant

Erika Johnson
Legal Advocate

Jiyoon Kim
Administrative/Development Assistant

September 26, 2013 (by electronic filing)

The Hon. J. Frederick Motz
U.S. District Court for the District of Maryland
101 W Lombard St
Baltimore MD 21201

Re:   *Pridget, et al v. Baltimore City Board of School Commissioners, et al*,
      Case No. 1:13-CV-02784-ELH

Dear Judge Motz:

With authorization from counsel for the Defendants, I write to confirm that the parties have resolved the Plaintiffs' Motion for Temporary Restraining Order in the above-referenced matter and thus do not require the hearing scheduled before you for tomorrow, September 27, 2013, at 10:00 a.m.

Thank you very much.

Sincerely,

Debra Gardner

c:    Leslie R. Stellman (by electronic filing)