IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TAMIKA PRIDGET, *et al.* | * | |
| Plaintiffs | * | CIVIL ACTION NO.: 1:13-cv-02784 ELH |
| v. | * | |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, *et al.* | * | |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION ON BEHALF OF DEFENDANTS BALTIMORE
CITY BOARD OF SCHOOL COMMISSIONERS AND
TISHA EDWARDS TO DISMISS THE COMPLAINT FOR
FAILURE TO STATE A CLAIM AND FOR LACK OF
SUBJECT MATTER JURISDICTION, AND TO DISMISS
THE CLASS ACTION ALLEGATIONS**

NOW COMES Defendant Baltimore City Board of School Commissioners (the "Board") and Tisha Edwards ("Edwards") (collectively, "Defendants"), by their undersigned counsel, and respectfully submit this Motion on Behalf of Defendants Baltimore City Board of School Commissioners and Tisha Edwards to Dismiss the Complaint for Failure to State a Claim and for Lack of Subject Matter Jurisdiction, and to Dismiss the Class Action Allegations ("Motion") in the above-captioned action.  For the reasons stated below and in the accompanying Memorandum in Support of the Motion on Behalf of Defendants Baltimore City Board of School Commissioners and Tisha Edwards to Dismiss the Complaint for Failure to State a Claim and for Lack of Subject Matter Jurisdiction, and to Dismiss the Class Action Allegations, Defendants respectfully request that this Court grant its Motion, and dismiss, with prejudice, all claims under the McKinney-Vento Homeless Education Assistance Improvements Act of 2001, 42 U.S.C. §§

1

11431-11435 (2002) ("McKinney-Vento" or the "Act"), as well as to deny Plaintiffs' Class Certification.

1. The Court should grant Defendants' Motion and dismiss the Complaint against Defendants, pursuant to Fed. R. Civ. P. 12(b)(6), because the Act does not create a private right of action.

2. The Court should grant Defendants' Motion and dismiss the Complaint against Defendants, pursuant to Fed. R. Civ. P. 12(b)(6), because Plaintiffs failed to exhaust available administrative remedies, thereby precluding Plaintiffs' request for judicial relief.

3. The Court should grant Defendants' Motion and dismiss the monetary claims against the Board, pursuant to Fed. R. Civ. P. 12(b)(1), because the Board enjoys Eleventh Amendment immunity.

4. The Court should grant Defendants' Motion and dismiss the monetary claims against Defendant Edwards, pursuant to Fed. R. Civ. P. 12(b)(1), because Defendant Edwards shares the Board's Eleventh Amendment immunity.

5. The Court should grant Defendants' Motion and dismiss the Complaint against Edwards, pursuant to Fed. R. Civ. P. 12(b)(1), because Defenant Edwards is an improper party to this suit.

6. The Court should grant Defendants' Motion and deny class certification because Plaintiffs fail to meet any of the requirements under Fed. R. Civ. P. 23(a).

7. The Court should grant Defendants' Motion and deny class certification because Plaintiffs fail to meet any of the requirements under Fed. R. Civ. P. 23(b).

Respectfully submitted,

/s/
Leslie R. Stellman (Federal Bar No. 01673)
lstellman@pklaw.com
Edmund J. O'Meally (Federal Bar No. 04910)
eomeally@pklaw.com
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
Tele:   410.938.8800
Fax:    410.832.5661

3

705692v1